**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-10663 KHT |
| AGS CONSTRUCTION, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| Jefferey A. Weinman, Chapter 7 Trustee, | ) | Adversary Case No.: 25-1049-KHT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| K3 Management Services dba K3 Enterprises | ) | |
| LLC, Consolidated Heritage Court | ) | |
| Condominium Association, Inc., 551 Pearl | ) | |
| Street Condominium Association, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER**

Defendant Consolidated Heritage Court Condominium Association, Inc. ("HOA"), by and through its counsel Wadsworth Garber Warner Conrardy, P.C., for its Answer respectfully states as follows:

1. Admitted.

2. Admitted.

3. The HOA is a homeowners association, the remainder of the allegation is denied.

4. Admitted that 551 Pearl Street Condominium Association, Inc. ("551") is a homeowners association. The remainder of the allegation is denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted

9. The HOA does not have sufficient knowledge to admit or deny the allegation, therefore the allegation is deemed denied.

**GENERAL ALLEGATIONS**

10. Admitted.

11. Admitted.

12. Admitted.

13. The HOA does not have sufficient knowledge to admit or deny the allegation, therefore the allegation is deemed denied. The HOA specifically states that it does not know what the Trustee investigated. The HOA does not know what the defendants listed in the complaint collectively owe. The HOA denies that it owes AGS any money and therefore does not owe the bankruptcy estate any money.

14. The HOA does not have sufficient knowledge to admit or deny the allegation, therefore the allegation is deemed denied.

15. Denied. The claim is filed in an unknown amount.

## FIRST CLAIM FOR RELIEF

### (Turnover of Property of the Estate under 11 U.S.C. §§ 541 and 542)

16. The HOA incorporates its above responses herein.

17. Since the Receivable is not owed by the HOA, the HOA denies the allegation.

18. Since the Receivable is not owed by the HOA, the HOA denies the allegation.

19. Since the Receivable is not owed by the HOA, the HOA denies the allegation.

## SECOND CLAIM FOR RELIEF

### (Objection to Proof of Claim)

20. The HOA incorporates its above responses herein.

21. No response is required as the Bankruptcy Code speaks for itself.

22. Denied.

23. The averment is neither a factual or legal statement that requires a response.

24. Denied. The Trustee cannot reserve a right to amend but rather is subject to applicable local and federal rules of civil and bankruptcy procedure.

## AFFIRMATIVE DEFENSES

25. The Trustee has failed to state a claim upon which relief can be granted. The Trustee seeks to hold separate and distinct entities liable for the same debt without setting forth any facts that would make the defendants liable for one another's debts. The HOA has no contractual obligation with any of the other defendants. The HOA does not owe AGS and therefore the Trustee

any money.

26.     The Trustee has failed to state a claim upon which relief can be granted. Bankruptcy Code § 553(a)(3) bars the relief requested.

27.     The claim of the Trustee must be denied because AGS fraudulently induced the HOA to enter into a contract with AGS.

28.     The claim of the Trustee must be denied because AGS has unclean hands.

29.     The claim of the Trustee must be denied because AGS has waived its right to any payment from the HOA.

30.     Failure of consideration.

31.     AGS failed to comply with the conditions precedent entitling AGS, and therefore the Trustee, to any payment.

32.     The claim of the Trustee must be denied because of fraud in the factum.

33.     The claim of the Trustee must be denied because of fraud in the inducement.

34.     The claim of the Trustee must be denied because it is impossible for AGS to perform under the contract with the HOA.

35.     AGS failed to complete the work under the contract with the HOA, thereby breaching the contract first.

36.     AGS failed to complete the work under the contract with the HOA, thereby not having earned the payments sought by the Trustee.

37.     Work performed by AGS was defective, thereby breaching the contract first.

38.     AGS failed to complete the work under the contract with the HOA, thereby not having earned the payments sought by the Trustee.

39.     AGS's having closed its doors has voided the warranty under the contract with the HOA, thereby reducing consideration under the contract sought by the Trustee.

40.     The HOA asserts a right of setoff.

41.     The HOA paid some or all of the invoices that the Trustee is seeking to collect and/or AGS did not complete the work for which the Trustee is seeking to collect.

42.     The HOA requests fees and costs for defending this action pursuant to the AGS contact fee shifting agreement and the Court's equitable powers for the Trustee's failure to investigate and properly plead the facts and claims in the Complaint.

WHEREFOR the HOA respectfully requests that the Court deny the relief sought in the

Complaint, enter judgment in favor of the HOA, grant the HOA its fees and costs associated with defending the Complaint and grant such other and further relief as the Court deems just.

Dated: March 31, 2025    Respectfully submitted,

      By: /s/ Aaron A. Garber
        Aaron A. Garber #36099
        **Wadsworth Garber Warner Conrardy, P.C.**
        2580 West Main Street, Suite 200
        Littleton, CO 80120
        Telephone: (303) 296-1999
        Telecopy: (303) 296-7600
        Email: agarber@wgwc-law.com

## CERTIFICATE OF MAILING

I do hereby certify that on the 31st day of March, 2025 a true and correct copy of the foregoing **Answer** was sent via ecf to the following:

Jordan D. Factor    jfactor@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Jeffrey Weinman (Int)    jweinmantrustee@outlook.com

*/s/ Nichole Garber*
For Wadsworth Garber Warner Conrardy