## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

AGS Construction, LLC,

    Debtor.

Jeffrey A. Weinman, Chapter 7 Trustee,

                Plaintiff,

v.

Consolidated Heritage Court
Condominium Association

          Defendants.

Case No. 24-10663 KHT

Chapter 7

Adversary
Case No.: 25-01049 KHT

---

### Order Granting Unopposed Motion to Dismiss Adversary Proceeding

---

COMES NOW Chapter 7 Trustee Jeffrey A. Weinman ("Trustee"), on his Motion to Dismiss Adversary Proceeding ("Motion"). The Court, having reviewed the matter and being fully advised, hereby

GRANTS the Motion. This adversary proceeding is dismissed with prejudice, with each party to bear its own fees and costs.

Dated   January 20, 2026  .

BY THE COURT:

Honorable Kimberley H. Tyson
United States Bankruptcy Court Judge